FILED ✓ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 19 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) <br> ) <br> Plaintiff,         ) <br> ) <br> v.         ) <br> ) <br> HOWARD FARRELL,         ) <br> ) <br> Defendant.         ) <br> _____ ) | 2:09-CR-445-RLH (GWF) |

**FINAL ORDER OF FORFEITURE**

On November 4, 2010, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant HOWARD FARRELL to a criminal offense, forfeiting specific property alleged in the Superseding Criminal Information and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant HOWARD FARRELL pled guilty. #18, #21, #22, #24.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on November 12, 2010, November 19, 2010, and November 26, 2010, in

1  the *Las Vegas Review-Journal/Sun*, notifying all known third parties of their right to petition the
2  Court. #25.

3  This Court finds no petition was filed herein by or on behalf of any person or entity and the
4  time for filing such petitions and claims has expired.

5  This Court finds no petitions are pending with regard to the assets named herein and the time
6  for presenting such petitions has expired.

7  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
8  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
9  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
10 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United
11 States Code, Section 2461(c); Title 21, United States Code, Sections 853(a)(1) and (a)(2); Title 21,
12 United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title
13 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

14  (a) a Walther, model P99, 9mm semi-automatic handgun bearing serial number 017796; and
15  (b) any and all ammunition.

16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
17 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
18 as any income derived as a result of the United States of America's management of any property
19 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
20 according to law.

21  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
22 certified copies to the United States Attorney's Office.

23  DATED this ___19___ day of ___May___, 2011.

_____
UNITED STATES DISTRICT JUDGE