UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-445 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| HOWARD FARRELL, | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Farrell*, case number 2:09-cr-00445-JCM-GWF-1.

On August 8, 2018, defendant Howard Farrell filed a motion for early termination of probation. (ECF No. 40). The government has not filed a response.

Briefing shall proceed as follows: the government has fourteen (14) days from the date of this order to file a response. Thereafter, defendant has seven (7) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that the government shall file a response to defendant's motion for early termination of probation (ECF No. 40) no later than fourteen (14) days from the date of this order. Defendant shall file a reply within seven (7) days thereafter.

DATED October 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**